UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:11-CV-286-H

SHANNA R. McELROY                                                                    PLAINTIFF

v.

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                     DEFENDANT

**ORDER**

The Commissioner has denied Plaintiff's application for supplemental social security benefits.  Plaintiff has appealed to this Court.  Magistrate Judge Dave Whalin has issued a comprehensive Report and Recommendation affirming the denial.  Plaintiff has filed objections.

The Magistrate Judge's report documents to the Court's satisfaction that Plaintiff remains capable of performing a limited range of light work involving simple repetitive tasks with simple instructions.  On this basis, the Commissioner's decision should be affirmed.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the decision of the Commissioner is AFFIRMED.

This is a final order.

cc:      Counsel of Record